UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S.A. vs. Grant Rasheed Harrell | Docket No. 2:17-CR-7-2D |

### Petition for Action on Supervised Release

COMES NOW Jessica A. Brocz, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Grant Rasheed Harrell, who, upon an earlier plea of guilty to Possession of Stolen Firearm and Aiding and Abetting, in violation of 18 U.S.C. § 922(j), 18 U.S.C. § 924(a)(2), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 24, 2018, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Grant Rasheed Harrell was released from custody on November 1, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 13, 2021, the defendant was charged in Hertford County, North Carolina, with Reckless Driving to Endanger, Speeding, Driving While License Revoked, and Window Tinting Violation (21CR7027). The defendant was charged with traveling 69 miles per hour in a 35 mile per hour zone. Although the defendant denied driving at that rate of speed, he admitted to speeding and driving while his license was revoked. Harrell has been verbally reprimanded, counseled about his actions, instructed not to drive until properly licensed, and to resolve these pending charges. As a sanction for this criminal conduct, the probation office is respectfully recommending that he adhere to 30 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Jessica A. Brocz<br>Jessica A. Brocz<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2350<br>Executed On: December 28, 2021 |

Grant Rasheed Harrell
Docket No. 2:17-CR-7-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29__ day of __December__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge